

**LEWIS BRISBOIS**
LEWIS BRISBOIS BISGAARD & SMITH LLP

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

## MEMO ENDORSED

> The initial pre-trial conference is adjourned to Tuesday, April 15, 2025, at 11:00 AM. The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number. The parties are further instructed to join the call five (5) minutes prior to the conference's start time.
>
> It is SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 3/04/2025
> New York, New York

March 4, 2025

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *Flint v. JFB Realty LLC et al*
     Case No. 24-cv-07841-ER

Dear Judge Ramos:

On behalf of defendants and with the consent of plaintiff's counsel, I submit this joint letter to request that the conference scheduled for March 7, 2025 (Docket No. 25) be adjourned to a date convenient to the Court after April 7, 2025. The basis for this request is that the parties are actively engaged in productive discussions about the potential settlement of the case and they prefer to devote their resources to pursuing resolution. This is the first request to adjourn the conference. Thank you for your attention to this matter.

Respectfully,

*Peter T. Shapiro*

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: All Counsel (via ECF)

153607486.1