UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH FLINT,

                Plaintiff,

    -against-

JFB REALTY LLC AND MAGNOLIA COLUMBUS AVENUE, LLC,

                Defendants.

**ORDER**

24-cv-07841 (ER)

    The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated **within thirty (30) days** of the date hereof.

    Any application to reopen must be filed **within thirty (30) days** of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court **within the next thirty (30) days** with a request that the agreement be "so ordered" by the Court.

    All conferences are canceled, and all deadlines are vacated.

    SO ORDERED.

Dated:   August 14, 2025
           New York, New York

                                            Edgardo Ramos, U.S.D.J.