

ADAM S. HANSKI, ESQ,
85 DELANCEY STREET
NEW YORK, NY 10002
212.248.7400
Ash@DisabilityRightsNY.Com

September 9, 2025

<u>Via ECF</u>
The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York,, NY 10007-1312

Re:   <u>Joint Request to Extend Time to Reopen Action</u>
      <u>Elizabeth Flint v. JFB Realty LLC et al</u>
      <u>Civil Case No. 1:24-cv-07841</u>

> **MEMO ENDORSED**
>
> The request is granted. The deadline by which an application to reopen may be filed is October 13, 2025.
>
> SO ORDERED.      Edgardo Ramos, U.S.D.J.
> Dated: September 9, 2025
> New York, New York

Dear Judge Ramos:

Hanski Partners represents Plaintiff, Elizabeth Flint in the above-referenced action ("Action"). We write on behalf of Plaintiff and Defendant Magnolia Columbus Avenue, LLC (together, the "Parties"[1]) to respectfully ask the Court to extend the deadline by which an application to reopen may be filed by 30 days. The current deadline by which a deadline to reopen may be fie is September 13, 2025, the proposed extended deadline October 13, 2025.

On August 13, 2025, Defendant notified the Court that the Parties had reached a settlement in principle. Dkt No. 32. By Order dated August 14, 2025 the Court dismissed the Action, subject to a right to apply to reopen the Action within 30-days of the Order should the settlement not be consummated. Dkt No. 33. The Parties make this request as they still work to reduce the settlement in principle into a written agreement. Based on the current draft of the written agreement, the Parties believe that they will have a written settlement agreement acceptable for execution within the extended 30 day period.

Given the foregoing, the Parties respectfully ask the Court to extend the deadline by which an application to reopen may be filed to October 13, 2025. In the alternative, the Parties respectfully ask the Court to reopen the Action.

The Parties thank the Court for its time and attention to this matter.

Respectfully yours,

/s/
Adam S. Hanski, Esq.

---

[1] JFB Realty was dismissed from the Action pursuant to a Stipulation of Voluntary Dismissal So Ordered by the Court. Dkt No. 29